No. 2. VICENTY *v.* VÁZQUEZ.—Appeal from the District
Court of Mayagüez. Decided October 18, 1906. Motion for
reduction of amount of a bond required on appeal to the Su-
preme Court of the United States. Motion denied. *Mr. José*

*de Guzmán Benítez* for appellant. *Mr. Méndez Vaz* for respondent.